IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02558-BNB

FRANCES E. RIDER,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -2 2008

GREGORY C. LANGHAM
CLERK

___

ORDER DRAWING CASE

___

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal. The case, therefore, will be placed on the AP Docket. Accordingly, it is

ORDERED that this case shall be placed on the AP Docket.

DATED December 2, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02558-BNB

Frances E. Rider
521 E Moreno Ave #201
Colorado Springs, CO 80903

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/2/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk